IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER SANTILLANES CEJA,<br><br>Defendant. | CR 19-141-BLG-SPW<br><br>ORDER |

Upon the United States' Unopposed Motion for an Essential Witness to Appear by Video for the Hearing on the Defendant's Motion to Suppress (Doc. 47), and for good cause shown,

IT IS HEREBY ORDERED that Charles Moffet may appear by video at the suppression hearing set for August 21, 2020 at 9:00 a.m.   The United States shall make arrangements with the Clerk of Court's office and Michael Cuthbert at 247-2322 or Cecil Chandler – 247-2323 of the IT Division.

1

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this _10th_ day of August, 2020.

                                                      SUSAN P. WATTERS
                                                     United States District Court Judge