IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER SANTILLANES CEJA,<br><br>Defendant. | CR 19-141-BLG-SPW<br><br>ORDER |

Due to the recent COVID-19 outbreak, and upon the Court's Own Motion,

IT IS HEREBY ORDERED that the in-person hearing on Defendant's Motion to Suppress (Doc. 31) scheduled for **Friday, October 2, 2020 at 9:00 a.m.** shall be held **VIA VIDEO** from the **Big Horn County Jail in Basin, WY**. Counsel may appear in the Snowy Mountains Courtroom thirty (30) minutes prior the hearing to video conference with Defendant. If the defendant objects to this hearing being held via video, he must file a motion to continue the hearing to allow time for the defendant to be transported.

The Clerk shall forthwith notify counsel and the U.S. Marshals Service of the making of this Order.

1

DATED this 22nd day of September, 2020.

                                                         _____
                                                         SUSAN P. WATTERS
                                                         U.S. DISTRICT JUDGE