IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 19-141-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| CHRISTOPHER SANTILLANES CEJA, | |
| Defendant. | |

Defendant, Christopher Santillanes Ceja, through his counsel of record, Elizabeth T. Musick, moves this Court to issue an Order directing the United States Marshals Service to transport him from Big Horn County Detention Facility in Basin, Wyoming, to the James F. Battin Federal Courthouse in Billings, Montana for his Motions Hearing set for Friday, October 2, 2020, at 9:00 a.m. (Doc. 54). However, the transport from Basin, Wyoming is not available until after October 2, 2020. Therefore,

1

IT IS HEREBY ORDERED that the Defendant's Motion for Order for Transport (Doc. 54) is **DENIED** and Defendant's hearing shall proceed VIA VIDEO from the Big Horn County Detention Center on **Friday, October 2, 2020 at 9:00 a.m.**

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 1st day of October, 2020.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge